UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILIVALDO HUERTA, | No. 2:19-cv-0358 DB P |
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA IN THE COUNTY OF PLACER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges he is serving an erroneous sentence. By order dated May 20, 2019 the court screened the petition, determined the sole ground for relief alleged was not cognizable in a federal habeas corpus proceeding, and dismissed the petition with leave to amend. (ECF No. 6.) The court directed petitioner to file an amended petition within thirty days and warned him that failure to file an amended petition would result in a recommendation that this action be dismissed. Those thirty days have passed, and petitioner has not filed an amended petition, dismissed this action, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a district judge to this action.

////

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 21, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Habeas/huer0358.f&r.dism