UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILIVALDO HUERTA,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA IN THE COUNTY OF PLACER,<br><br>    Respondent. | No. 2:19-cv-00358 MCE DB P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges he is serving an erroneous sentence. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 21, 2019, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 7.) Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 21, 2019, are adopted in full;

2. this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE